# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor                                                    Telephone
Clerk                                                                 804-916-2700

May 20, 2016

_____

## PARTIAL RECORD REQUEST
_____

No. 16-7,       In re: Richard Tipton
                3:92-cr-00068-JRS-1

TO:  Fernando Galindo
     UNITED STATES DISTRICT COURT
     Eastern District of Virginia
     701 East Broad Street
     Richmond, VA 23219-3528

PARTIAL RECORD DUE:  May 25, 2016

Please transmit to this office a partial record in the above-referenced case, consisting of the following:

**Pre-Sentence Report**

If there is any problem with transmission of the partial record, please notify me.

RJ Warren, Deputy Clerk
804-916-2702