# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 20, 2016

_____

RESPONSE REQUESTED
_____

No. 16-7,    <u>In re: Richard Tipton</u>
3:92-cr-00068-JRS-1

TO:    Richard Daniel Cooke
Brian R. Hood
Gurney Wingate Grant

RESPONSE DUE: 05/26/2016

Response is required to the motion for authorization to file successive habeas application on or before 05/26/2016.

RJ Warren, Deputy Clerk
804-916-2702