FILED: May 24, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-7
(3:92-cr-00068-JRS-1)

_____

In re: RICHARD TIPTON

Movant

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing a

response to the motion for authorization to file a successive habeas application to

June 1, 2016. Counsel is advised that no further extensions will be granted absent a

showing of extraordinary circumstances.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk