# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 1, 2020

_____

## RECORD RETURN
_____

No. 16-7,       In re: Richard Tipton
                3:92-cr-00068-JRS-1

TO:   Fernando Galindo
      UNITED STATES DISTRICT COURT
      Eastern District of Virginia
      701 East Broad Street
      Richmond, VA 23219-3528

The original record on appeal is returned herewith. The enclosed record consists of:

 [1] SEALED volume

**[1] TOTAL VOLUME**


Emily Borneisen, Deputy Clerk
804-916-2704